FILED  
United States Court of Appeals  
Tenth Circuit  

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

May 1, 2018

Elisabeth A. Shumaker  
Clerk of Court

---

| | |
|---|---|
| JANE DOE, minor, et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> BROCK HUTCHINSON, <br><br> Defendant - Appellant, <br><br> and <br><br> USD 237, THE SMITH CENTER SCHOOL DISTRICT, <br><br> Defendant. | No. 17-3070 |

---

**ORDER**

---

Before **LUCERO**, **KELLY**, and **MATHESON**, Circuit Judges.

---

Appellant's petition for rehearing is denied.

The petition for rehearing en banc was transmitted to all of the judges of the court who are in regular active service. As no member of the panel and no judge in regular active service on the court requested that the court be polled, that petition is also denied.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk